# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Raul Lopez**<br>DOB: 1979; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-02929MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 18, 2022, in the District of Arizona, **Raul Lopez** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 3,000 rounds of Red Army Standard 7.62x39mm caliber ammunition, 2,000 rounds Tul Ammo 7.62x39mm caliber ammunition, and 15,000 rounds of Wolf 7.62x39mm caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 18, 2022, **Raul Lopez** attempted to exit the United States and enter the Republic of Mexico through the Port of Entry in Nogales, Arizona, in a vehicle of which he was the driver and sole occupant. Customs and Border Protection officers attempted to stop **Lopez** for inspection, and **Lopez** failed to yield but instead continued driving and attempted to flee into Mexico in his vehicle. The officers were able to stop and detain **Lopez**, and subsequently searched his vehicle. In the vehicle, officer discovered ammunition – 3,000 rounds of Red Army Standard 7.62x39mm caliber ammunition, 2,000 rounds Tul Ammo 7.62x39mm caliber ammunition, and 15,000 rounds of Wolf 7.62x39mm caliber ammunition – inside the vehicle.

After being advised of and waiving his *Miranda* rights, **Lopez** stated to law enforcement agents that he knew he was transporting something illegal. The defendant stated he was recruited by a subject to drop off his vehicle in an unspecified location within the United States, return for the vehicle in thirty minutes, and drive the vehicle into Mexico. **Lopez** expected to be paid for transporting the illegal items into Mexico from the United States, and admitted he did not have a license to do so.

The ammunition that **Lopez** smuggled and intended to export to Mexico is designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license. Neither **Lopez** nor any other individual involved in the attempted export of the ammunition had a license or any other lawful authority to export it from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>**ANGELA WOOLRIDGE** Digitally signed by ANGELA WOOLRIDGE Date: 2022.03.21 10:26:27 -07'00'<br><br>AUTHORIZED AUSA *Angela W. Woolridge*<br><br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br>**GUILLERMO A CARRERA** Digitally signed by GUILLERMO A CARRERA Date: 2022.03.21 10:56:04 -07'00'<br><br>OFFICIAL TITLE<br>HSI Task Force Officer Guillermo A. Carrera |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>March 21, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54